RE: RALBERT BROOKS HAMILTON         Case # 10-17564

### TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's prior Objections and deficiencies remain unresolved:

1) The debtor has failed to reveal prior bankruptcies filed within the 8 years pre-petition including:

| Case # | Location | Chapter | Filed | Disposition |
|---|---|---|---|---|
| 01-41639 | N.Dist of CA | 13 | 12/17/2001 | Dismissed |
| 03-44829 | N.Dist of CA | 7 | 8/21/2003 | Discharged |
| 06-40261 | N.Dist of CA | 13 | 3/6/2006 | Dismissed |
| 06-41451 | N.Dist of CA | 11 | 8/24/2006 | Dismissed |

2) bank account statements 3 months pre-petition, debtor claims none.
3) FMV and Payoff: Vehicles   Real Estate
4) LF 67 Cert. Compliance Request Confirmation
5) Ch 7 is estimated at $185000.00 to the general unsecured creditors.
6) calculation errors/improper months
7) The debtor fails to disclose that he is an officer of a corporation "The Ambassador for Christ Convention Churches International, Inc"
8) The debtor is living in a property which he quit claim deeded to the "International African Methodist Church, Inc" on November 16, 2009 a corporation with the registered agent "Arch Biship Aura Lewis" located at 552 Fremont Street, Oakland CA according to the California Secretary of State. The same address which the debtor discloses in Statement of Financial Affairs #4 as the issue of a quite title action. In addition, according to the California Secretary of State the debtor is the registered agent for a corporation named "THE INTERNATIONAL ASSOCIATION OF UNDERPRIVILEGED & WOMEN INVENTORS" at the same address.
7) Plan violates 11USC 330( c) in that it does not provide at least $5.00 per month to the Chapter 13 Trustee.
8) The debtor does not disclose any property transferred or sold yet his 2009 tax return discloses a property sold in California.

*The Trustee reserves the right to raise additional objections if not all documents are timely provided to the Trustee*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee (14 days before confirmation hearing) may not be considered or reviewed until the next hearing date. 5pm refers to the end of business on the hearing date.

***IMPORTANT NOTICE: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION STATED BELOW, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE DAY PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR.***
*The debtor or debtor's attorney must appear at the confirmation hearing*

\*\*\*The Trustee's recommendation for the confirmation hearing on __September 21, 2010__ is as follows:
Dismiss with prejudice 180 days: docs not received and issues not addressed, unless the debtor provide/files by 5pm:

debtor has not amended petition to disclose prior filing, amended schedules to disclose assets, creditors, and statement of financial affairs information, debtor has failed to provide copies of any bank account for the period of 9/25/09 - 3/25/10 to which the debtor has access, nor amend the plan to pay creditors and funds properly

If rec'd continue to October 19, 2010 at 9:01 am VESTED

| Balance of documents must be received/issues addressed by: **5 PM September 28, 2010** |
|---|

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by
NANCY N. HERKERT, ESQ, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027         (954) 443-4402